UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6024-RSWL | Date | March 17, 2009 |
|---|---|---|---|
| Title | United Fabrics International, Inc., v. Nuance Industries, Inc., et al. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior, U.S. District Court Judge | |
|---|---|---|
| Kelly Davis | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

IT IS ORDERED that counsel show cause in writing not later than **March 27, 2009** why this action should not be dismissed for lack of prosecution.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, **NO ORAL ARGUMENT WILL BE HEARD AND APPEARANCES ARE NOT NECESSARY** on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of the proper response. The Court will consider as a satisfactory response the filing of the following, on or before the date shown above.

_____    Proof of service of summons and complaint.

X\_\_\_\_\_     Defendants answer, or plaintiff's request for entry of default.

_____    Plaintiff's filing of a motion for entry of default judgment, or request to the Clerk to enter default judgment.

FAILURE TO FILE A TIMELY RESPONSE IS DEEMED CONSENT TO THE DISMISSAL WITHOUT PREJUDICE OF THE ACTION AS PROPOSED HEREIN.

\_\_\_\_ : \_\_\_\_

Initials of Deputy Clerk    KD