JS-6

Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
DONIGER / BURROUGHS APC
300 Corporate Pointe., Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Internet: scott@donigerlawfirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>NUANCE INDUSTRIES, INC., a New York Corporation; et al.,<br><br>Defendants. | Case No.:  CV 08-6024 RSWL (AGRx)<br><br>[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

///
///
///
///
///
///
///
///

1 – [PROPOSED] ORDER ON STIPULATION FOR DISMISSAL

# ORDER

The Court has reviewed the Stipulation submitted concurrently herewith, and based on the contents of said Stipulation, finds good cause to approve the agreements contained therein. Accordingly, the Court orders:

1. This action is to be dismissed <u>with prejudice</u>, with this dismissal subject to the provisions of the settlement agreement which has been entered into by the parties and which precipitates this dismissal;
2. The Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the confidential settlement agreement; and
3. Each party is to bear its own costs and fees as incurred against one another.

<u>IT IS SO ORDERED</u>.

Dated: October 9, 2009     By:   / S / _____
                                  HONORABLE RONALD S.W. LEW
                                  Senior, U.S. District Court Judge